FILED
2026 MAR 4 PM 1:28
CLERK
U.S. DISTRICT COURT

MELISSA HOLYOAK, United States Attorney (9832)
STEPHEN P. DENT, Assistant United States Attorney (17405)
BRADY WILSON, Assistant United States Attorney (17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
Saint George, Utah 84770
Telephone: (435) 634-4262
stephen.dent@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | FELONY INFORMATION |
|---|---|
| Plaintiff, | Count 1: 21 U.S.C. § 846, Conspiracy to Distribute Controlled Substances |
| vs. | |
| JOHN ROBERT DOWNS, | **Case: 4:26−cr−00016** |
| Defendant. | **Assigned To : Allen, Ann Marie McIff** |
| | **Assign. Date : 3/4/2026** |

The United States Attorney charges:

COUNT 1
21 U.S.C. § 846
(Conspiracy to Distribute Controlled Substances)

Beginning on a date unknown, and at least as far back as November 2021, and

continuing to at least April 2024, in the District of Utah and elsewhere,

JOHN ROBERT DOWNS,

Defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to distribute:

- ketamine, a Schedule III controlled substance within the meaning of 21 U.S.C. § 812; and

- 3,4-methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance within the meaning of 21 U.S.C. § 812;

all in violation of 21 U.S.C. §§ 841(a)(1) and 846, and punishable under 21 U.S.C. § 841(b)(1)(C).

MELISSA HOLYOAK
United States Attorney

_____

STEPHEN P. DENT
BRADY WILSON
Assistant United States Attorneys

2